JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARI WILLIAM SINGLETON,<br><br>Petitioner,<br><br>v.<br><br>J. DOERER, Interim Warden,[1]<br><br>Respondent. | Case No. EDCV 24-0153 SB (PVC)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 2, 2024

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

---

[1] J. Doerer, Interim Warden of United States Penitentiary in Victorville, California, where Petitioner was in custody when he filed his Petition, is substituted as the proper Respondent. *See* Fed. R. Civ. P. 25(d).